

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **DANIEL-JAY DAGANTE MAHONE**<br>**FED. REG. # 7400-003** | **CIVIL ACTION NO. 2:10-cv-473** |
| **VS.** | **SECTION P** |
| | **JUDGE TRIMBLE** |
| **J.P. YOUNG** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas corpus* be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 14ᵗʰ day of _____June_____, 2011.

_____
**JAMES T. TRIMBLE, JR.**
**UNITED STATES DISTRICT**